

FILED
BY                          DEPUTY

MAR 29 2011

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: GD 11-108 M |
| Plaintiff, ) | ORDER OF DETENTION |
| v. ) | (FED.R. CRIM. P.32.1(a)(6); 18 |
| ROBERT GLENN SIDES ) | U.S.C. § 3143(a)) |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the SOUTHERN District of CALIFORNIA for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.   (✓)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

• UNKNOWN BACKGROUND / COMMUNITY TIES
• UNKNOWN AVAILABLE BAIL RESOURCES
• VIOLATION OF COURT ORDER

1

1  and/or

2  B.       ( )      The defendant has not met his/her burden of establishing by clear and

3                    convincing evidence that he/she is not likely to pose a danger to the

4                    safety of any other person or the community if released under 18

5                    U.S.C. § 3142(b) or (c).  This finding is based on the following:

6  _____

7  _____

8  _____

9  _____

10

11

12  IT THEREFORE IS ORDERED that the defendant be detained pending the further

13  revocation proceedings.

14

15  Dated:  3.29.11

16                                                     HONORABLE DAVID T. BRISTOW
                                                       United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28
                                            2